THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN HOLT, Appellant. [621 NYS2d 1003] —Judgment unanimously affirmed. Memorandum: By failing to move to vacate his guilty plea or to vacate the judgment, defendant failed to preserve for review his challenge to the sufficiency of the plea allocution *(see, People v Johnson,* 82 NY2d 683, 685; *People v Lopez,* 71 NY2d 662, 665-666). Defendant's second plea allocution does not fall within an exception to the preservation

requirement inasmuch as defendant's description of the facts did not negate an essential element of robbery in the second degree, injury to a non-participant. In any event, County Court conducted further inquiry to ensure that defendant understood the nature of the charge and that the plea was intelligently entered *(see, People v Lopez, supra,* at 667-668). By his voluntary guilty plea, defendant waived review of the court's denial of his motion to dismiss the indictment for lack of notice of the Grand Jury proceeding *(see, People v Taylor,* 65 NY2d 1). (Appeal from Judgment of Cayuga County Court, Corning, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Callahan and Doerr, JJ.